UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 30 A 9:03

UNITED STATES OF AMERICA, Plaintiff

vs.

Eleuterio Medina-Sanchez, Defendant(s)

CRIMINAL NO. 08mj8367

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06264298

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Lizett Munoz

DATED: 5/29/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by E. Flores

Deputy Clerk