UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 MAY 30 A 9:42
EL CENTRO OFFICE

UNITED STATES OF AMERICA,
Plaintiff

vs.

Eleuterio Medina-Sanchez
Defendant(s)

CRIMINAL NO. 08mj8367

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06260898

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Flor Gonzalez-Figueroa

DATED: 5/29/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by E. Flores
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082