UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 30 A 9:42

UNITED STATES OF AMERICA,

Plaintiff

vs.

Eleuterio Medina-Sanchez

Defendant(s)

CRIMINAL NO. 08mj8367

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08016298

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eleuterio Medina-Sanchez

DATED: 5/29/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** E. Flores

**Deputy Clerk** E. Flores



☆ U.S. GPO: 2003-581-774/70082